UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EHRMAN, individually, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MULTIFAMILY INTERNET VENTURES, LLC, and DOES 1 through 25,<br><br>    Defendants. | **Case No.:** 8:19-cv-00770-AG-E<br><br>[Hon. Judge Andrew J. Guilford]<br><br>**ORDER DISMISSING ENTIRE ACTION-INDIVIDUAL CLAIMS *WITH* PREJUDICE AND CLASS CLAIMS *WITHOUT* PREJUDICE**<br><br>Case Filed: March 22, 2019<br>Trial Date: None Set |

- 1 -

**ORDER DISMISSING ENTIRE ACTION-INDIVIDUAL CLAIMS
*WITH* PREJUDICE AND CLASS CLAIMS *WITHOUT* PREJUDICE**

# ORDER

Based on the Stipulation of the parties and upon a finding of good cause, the Court hereby orders this action shall be, and is voluntarily DISMISSED. Plaintiff David Ehrman's individual claims are dismissed WITH PREJUDICE. All class claims are dismissed WITHOUT PREJUDICE. Each party to bear its own attorney's fees, expenses and costs of court, if any.

Dated: July 26, 2019

                                                  Hon. Judge Andrew J. Guilford
                                                  United States District Court Judge